1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TOM BRYANT,                                No.  2:13-cv-1750 GGH P

12                    Petitioner,

13         v.                                    ORDER

14    FRED FOULK,[1]

15                    Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

19         Examination of the in forma pauperis application reveals that petitioner is unable to afford

20   the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See

21   28 U.S.C. § 1915(a).

22         Since petitioner may be entitled to relief if the claimed violation of constitutional rights is

23   proved, respondent will be directed to file a response to petitioner's habeas petition.

24         Petitioner has requested the appointment of counsel.  There currently exists no absolute

25   right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460

26   _____

27   [1] Fred Foulk, current warden of High Desert State Prison, is substituted as respondent.  See

28   Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994).

                                          1

(9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Petitioner's motion to proceed in forma pauperis is granted;

2.  Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of this order.  <u>See</u> Rule 4, 28 U.S.C. foll. § 2254.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  <u>See</u> Rule 5, 28 U.S.C. foll. § 2254;

3.  If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4.  If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter; and

5.  The Clerk of the Court shall serve a copy of this order, the form Consent to Proceed Before a United States Magistrate Judge, and a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

6.  Petitioner's September 23, 2013 request for appointment of counsel (ECF No. 10) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

Dated: October 10, 2013

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/md; brya1750.110

2