IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOM BRYANT,**<br><br>  Petitioner,<br><br>  v.<br><br>**FRED FOULK,**<br><br>  Respondent. | Case No. 2:13-cv-01750-MCE GGH (HC)<br><br>**ORDER** |

    Based on the state supreme court's December 11, 2013 issuance of a decision regarding petitioner's previously unexhausted claim, respondent has withdrawn his motion to compel [deletion of an unexhausted claim]. (ECF No. 19.) Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's First Amended Petition for Writ of Habeas Corpus be filed on or before February 11, 2014.

Dated:  December 16, 2013                    /s/ Gregory G. Hollows

                                                                          The Honorable Gregory G. Hollows

GGH:076/Brya1750.w-draw-mtn